UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES T. ROBERTS, JR.,

                    Plaintiff,

        -against-

MARY E. PETERS, Secretary, Department of Transportation,

                    Defendant.

-------------------------------------------------------------X

**ORDER**
CV 07-3472 (LDW)(ARL)

**LINDSAY, Magistrate Judge:**

    The *pro se* plaintiff James Roberts, seeks to postpone the initial conference and stay discovery for sixty days so that he can retain an attorney. The application is granted, as unopposed. The initial conference scheduled for March 12, 2008 is canceled. The conference will be rescheduled by the court in approximately sixty days.

Dated: Central Islip, New York
         March 7, 2008

**SO ORDERED:**

_____/s/_____
ARLENE R. LINDSAY
United States Magistrate Judge